**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 00-30853
Summary Calendar

SHAWN S. CLANCY,

Plaintiff-Appellant,

VERSUS

EMPLOYERS HEALTH INSURANCE COMPANY,

Defendant-Appellee.

Appeal from the United States District Court
For the Eastern District of Louisiana
(99-CV-381-N)

February 1, 2001

Before DAVIS, JONES and DeMOSS, Circuit Judges.

PER CURIAM:[*]

The district court correctly dismissed Ms. Clancy's suit because of her failure to exhaust administrative remedies. The district court's judgment is therefore affirmed, essentially for the reasons stated by the district court in its careful November 24, 1999 Order and Reasons.

AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.